Next case on today's docket is the case of Sinclair Oil v. Allianz Underwriters. Sinclair Oil v. Allianz Underwriters is a company that has been in business for a long time.